## Lynette L. McCLAIN, Appellant,

v.

**Kenneth S. APFEL, Commissioner, Social Security Administration, Appellee.**

No. 99–4340.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 27, 2001.

Filed March 2, 2001.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Lynette L. McClain appeals the district court's[1] decision upholding the Commissioner's denial of her applications for disability insurance benefits and supplemental security income. For the reasons explained in the district court's order, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).